FILED
MAR 11 2008
3-11-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 207 |
| v. | ) | Violation: Title 18, United States Code, Section 922(g)(1) |
| ANDRE LINEAR | ) | |

JUDGE SHADUR

### COUNT ONE

MAGISTRATE JUDGE NOLAN

The SPECIAL FEBRUARY 2008-1 charges:

On or about May 27, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ANDRE LINEAR,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce, in that the firearm had traveled in interstate commerce prior to the defendant's possession of the firearm, namely a Beretta, Model 70S, .380 caliber semi-automatic pistol, serial number A58247Y;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The allegations contained in this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1) as alleged in the foregoing Indictment,

ANDRE LINEAR,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Beretta, Model 70S, .380 caliber semi-automatic pistol, serial number A58247Y, and seven live .380 caliber rounds of ammunition in his possession.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY