Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 GJ 0723 | DATE | **MARCH 11, 2008** |
| **CASE TITLE** | **US v. ANDRE LINEAR** | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3ʳᵈ - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

#### SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  Ashman _____

**FILED**

Docket Entry:

JUDGE SHADUR   08CR   207   MAR 11 2008   NR

MAGISTRATE JUDGE NOLAN

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES COURT, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IX DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL MARCH 20, 2008 OR BY FURTHER ORDER OF THE COURT.

DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                        UNDER SEAL)

BW issued
3/12/08

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices |
| | No notices required. | | | DOCKET# |
| | Notices mailed by judge's staff. | | | Date docketed |
| | Notified counsel by telephone. | | | Docketing dpty. initials |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | | Date mailed notice |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Mailing dpty. initials |