# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 207 - 1 | **DATE** | 03/19/08 |
| **CASE TITLE** |  | USA vs. Andre Linear | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendant appears in response to arrest on 03/19/08. Defendant informed of his rights. Enter order appointing Ronald Clark of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Government's oral motion for pretrial detention is denied for the reasons stated in open court. **Arraignment held.** Defendant waives formal reading of the Indictment. Defendant enters a plea of not guilty. Rule 16 conference by 03/27/08. Pretrial motions are due by 04/03/08. Response to be filed by 04/10/08. Status hearing before Judge Shadur is set for 04/17/08 at 1:15 p.m. Government's oral motion to unseal case is granted. The Court finds that the time from 03/19/08 to and including 04/17/08 shall be excluded pursuant to 18 U.S.C. 3161 (h)(1). (X-T)

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|