# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev 5/98

**FILED**
MAR 1 9 2008
3-19-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Andre Linear
FOR AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name):

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08CR207-1
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Felon in Posession
☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: IA America - Robotics
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ 65000/mo
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 2400
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 610

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
Equity Value $ 5000 / 2000 Chev Tahoe
$ 4000 / 98 Cad
$ _____ / 81 matilia

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 4
List persons you actually support and your relationship to them: Wife, 2 sons 5mo, 9 yrs, daughter 3

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: Rent / Car pmts / Utils / Food Child care
Total Debt: $ _____
Monthly Paymt: $ 922 / $ 500 / $ 200 / $ 1700

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/19/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]