**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                    Case No.: 1:08−cr−00207
                                                         Honorable Milton I. Shadur

Andre Linear

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry as to Andrea Linear before Judge Honorable Milton I. Shadur:Status hearing held on 4/17/2008. Defendant has to and including April 28, 2008 to file defense motions. Government's response is due May 9, 2008. Status hearing set for 5/14/2008 at 01:15 PM. Time is excluded beginning today through May 14, 2008 under 18:3161(h)(1)(F) of the Speedy Trial Act. Defendant is granted permission to attend religious services, but he must notify pretrial services of the exact dates and times. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.