UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:08−cr−00207
                                        Honorable Milton I. Shadur

Andre Linear
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

    MINUTE entry before Judge Honorable Milton I. Shadur:Status hearing held on 5/14/2008. Time is excludable from today to 6/18/08. (XE)Status hearing set for 6/18/2008 at 01:15 PM. Defendant's motion to suppress is to be filed on or before May 28, 2008. Government's response is due 14 days after date of delivery of motion. MAiled notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.