## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

       Plaintiff,

v.            Case No.: 1:08–cr–00207

            Honorable Milton I. Shadur

Andre Linear

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

   MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 6/18/2008. Time is excluded from today through July 18, 2008 under 18:3161(h)(1)(F) of the Speedy Trial Act. Status hearing set for 7/18/2008 at 01:00 PM. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.