# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                         Case No.: 1:08−cr−00207
                                         Honorable Milton I. Shadur

Andre Linear

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to modify conditions of release [14] is granted as to Andre Linear. The condition that the defendant wear an ankle bracelet is removed. (1); Status hearing held on 7/30/2008. Time is excluded from July 18, 1008 through 8/22/08 under 18:3161(h)(1)(F0 of the Speedy Trial Act. A suppression hearing is set for 8/22/2008 at 09:30 AM.) Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.