UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:08−cr−00207
Honorable Milton I. Shadur

Andre Linear

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

MINUTE entry before the Honorable Milton I. Shadur:Evidentiary hearing on defendant's motion to suppress held on 9/8/08 as to Andre Linear. Simultaneous submissions are due 14 days after receipt of the transcript of today's proceedings. Time is excluded from 8/23 forward under 18:3161(h)(1)(F) of the Speedy Trial Act. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.